IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFREY A. ENGLISH1                                                                                           PLAINTIFF

      V.                                       NO.  13-2078

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this March 3, 2014.

                                          */s/ J. Marschewski*
                                          HONORABLE JAMES R. MARSCHEWSKI
                                          Chief United States Magistrate Judge

+